**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:08-cv-00120-LED |
| v. | § § | |
| OCCUPATIONAL & MEDICAL INNOVATIONS, LTD., | § § § § | (JURY TRIAL) |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE PHYSICAL COPIES OF EXHIBITS TO ITS MOTION FOR PARTIAL SUMMARY <u>JUDGMENT OF NON-INFRINGEMENT</u>**

Before this Court is Defendant, Occupational & Medical Innovations, Ltd.'s ("OMI"), Motion to for Leave to File Physical Copies of Exhibits to Its Motion for Partial Summary Judgment of Non-Infringement.

After considering said Motion, OMI's Motion to for Leave to File Physical Copies of Exhibits to Its Motion for Partial Summary Judgment of Non-Infringement, the Court hereby GRANTS said Motion.

**So ORDERED and SIGNED this 23rd day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**