IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | 6:08-CV-120 (LED) |
| OCCUPATIONAL AND MEDICAL, INNOVATIONS, LTD., | § § § § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND**

Before this Court is Retractable Technologies, Inc.'s Unopposed Motion for Extension to respond to Occupational & Medical Innovations, Ltd.'s Motions for Summary Judgment (Docket Nos. 138, 139 and 140).

The Court herein grants the motion and sets the following briefing schedule:

Plaintiff's Response is due Thursday, November 12, 2009 at 12:00pm;

Defendant's reply is due Monday, November 16, 2009 at 12:00pm;

Plaintiff's Sur-reply is due Tuesday, November 17, 2009 at 12:00pm.

**So ORDERED and SIGNED this 5th day of November, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**