IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

RETRACTABLE TECHNOLOGIES, INC.,  §
                                 §
          Plaintiff,             §
                                 §
v.                               §          No. 6:08-CV-120 (LED)
                                 §
OCCUPATIONAL AND MEDICAL,        §
INNOVATIONS, LTD.,               §
                                 §
          Defendant.             §

## ORDER ON JOINT STIPULATION OF PARTIAL DISMISSAL

On this day came on to be considered the parties Joint Stipulation of Partial Dismissal.

After considering the stipulation, it is

ORDERED that the stipulation is GRANTED in its entirety.  Plaintiff's claims of

infringement of the '224 patent are hereby dismissed with prejudice as are Defendant's counter-

claims for non-infringement, invalidity and unenforceability regarding the '224 patent.

Plaintiff's claim for willful infringement of the '584 patent is dismissed.  Plaintiff's claims under

Count III (Conversion), Count IV (Intentional Interference with Contractual Relations) and

Count V (Unfair Competition and False Advertising) are also dismissed with prejudice.

**So ORDERED and SIGNED this 11th day of December, 2009.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**