# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **RETRACTABLE TECHNOLOGIES, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 120** |
| | § | |
| **OCCUPATIONAL & MEDICAL** | § | |
| **INNOVATIONS, LTD.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

### '584 PATENT

### INFRINGEMENT

1.      Did RTI prove by a preponderance of the evidence that OMI infringes Claims 1, 2, 7, 18, 19, or 24 of the '584 patent?

**Answer "Yes" or "No" for each Claim.**

Claim 1    _yes_
Claim 2    _yes_
Claim 7    _yes_
Claim 18   _yes_
Claim 19   _yes_
Claim 24   _yes_

**If you answered "Yes" on any Claim, answer the next question.  If not, skip it.**

**INVALIDITY**

2. Did OMI prove by clear and convincing evidence that any of the listed claims of the '584 patent are invalid?

   **If you find the claim invalid answer "Yes," otherwise answer "No."**

   | Claim 1 | *no* |
   | Claim 2 | *no* |
   | Claim 7 | *no* |
   | Claim 18 | *no* |
   | Claim 19 | *no* |
   | Claim 24 | *no* |

**DAMAGES**

**If you have found any claim infringed and valid, answer question 3; otherwise, do not answer question 3.**

3. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate RTI for OMI's infringement of the '584 patent?

   **Answer with the amount:** $ *1,571,103.00*

**TRADE SECRET**

**MISAPPROPRIATION**

4. Did RTI prove by a preponderance of the evidence that OMI misappropriated any of RTI's trade secrets?

   **Answer "Yes" or "No."**

   
   *yes*

2

## DAMAGES

**If you have found any trade secret was misappropriated, answer question 5; otherwise, do not answer question 5.**

5.    What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate RTI for OMI's misappropriation of RTI's trade secret based on the value of RTI's trade secrets?

**Answer with the amount: $** _2, 240, 640.00 xx_

## STATUTE OF LIMITATIONS

6.    Do you find that RTI's trade secret misappropriation claim is barred by the statute of limitations?

**Answer "Yes" or "No."**

_no_

Signed this _18_ day of December, 2009.

_____  **JURY FOREPERSON**

3